## ROSE cont<sup>a</sup> STOWELL

Roger Rose plaint. cont<sup>a</sup> Samuel Stowell Defend<sup>t</sup> According to Attachm<sup>t</sup> upon bond dat<sup>d</sup> 6th Feb<sup>r</sup> 1671. And the Defend<sup>t</sup> produceing his Summons by which hee was warned to Answer for not paying according to bond dat<sup>d</sup> 6° Feb<sup>r</sup> 1678. The plaint. was nonsut<sup>d</sup> in failure of Summons.

[ See case of same title, above, p. 932.]

## IACKSON cont<sup>a</sup> WHITE &<sup>a</sup>

Henry Iackson plaint. cont<sup>a</sup> Tho: White, Robert Gardner Samuel Ravenscroft &<sup>a</sup> or either of them Defend<sup>ts</sup> according to Attachm<sup>t</sup> for witholding from him the summe of one hundred pounds in money or thereabouts due for his whole Share of the prize Griffin &c. The Attachm<sup>t</sup> being read and given to the Iury which was the onely paper produced in the case either by plaint. or Defend<sup>ts</sup> The Iury ... found for the Defendants costs of Court.

## LEVERETT cont<sup>a</sup> WATTS

Hudson Leverett plaint. cont<sup>a</sup> Iohn Watts or Elinor Watts or either of them Defend<sup>ts</sup> for non paym<sup>t</sup> of Sixteen pound in money due by bond bearing date. 17th Ianuary 1677. w<sup>th</sup> due interest and all other due damages. . . . The Iury . . . found for the plaint. Forfiture of the bond Sixteen pounds in money and costs of Court allow<sup>d</sup> thirty four Shillings.

Execucion issued. 13° Feb<sup>r</sup> 1678.